**DISMISS; and Opinion Filed February 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01017-CV

## IN THE MATTER OF CYNTHIA HOUSTON AND CHARLES ANTHONY ALLEN SR.

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lewis

In a letter dated December 5, 2014, the Court questioned its jurisdiction over this appeal. Specifically, we questioned whether there was an appealable order. We instructed appellant to file a letter brief addressing our jurisdictional concern and gave appellee an opportunity to respond. Appellant filed a brief but appellee did not respond.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). In the notice of appeal, appellant stated he was appealing the "trial court's order denying the Petitioner's Motion for Free Appellate Records from the hearing on an application for a protective order." The trial court signed this order on June 14, 2013. In that order, the trial court explained that the protective order was granted on October 1, 1999 and that the time for appeal had passed.

In his jurisdictional brief, appellant cites to this Court's mandamus jurisdiction as authority for this Court to retain this appeal. Appellant argues that the trial court erred in

entering the protective order back in 1999. The time to appeal that order, however, has passed. Appellant fails to address how the Court has jurisdiction over the order addressed in his notice of appeal. The trial court's order denying appellant a free appellate record is not a final, appealable order. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/David Lewis/
DAVID LEWIS
JUSTICE

131017F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF
CYNTHIA HOUSTON AND
CHARLES ANTHONY ALLEN, SR.

No. 05-13-01017-CV

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. CV99-01573-V.
Opinion delivered by Justice Lewis.
Justices Francis and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of February, 2014.

/David Lewis/

DAVID LEWIS
JUSTICE